UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01359-RLY-MKK |
| | ) | |
| OHM APK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 9, 2024, Plaintiff filed its Complaint using a pseudonym, (Dkt. 1); however, it failed to "file under seal a Notice of intention to seek leave to proceed under such pseudonym and disclose the litigant's true name[,]" pursuant to S.D. Ind. L.R. 10-1(a). As such, the Court **directs** Plaintiff to file such Notice and the required contemporaneous Motion, (S.D. Ind. L.R. 10-1(b)), no later than **August 15, 2024**.

So **ORDERED**.

Date: 8/12/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF