UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE., an individual,<br><br>        Plaintiff,<br><br>-against-<br><br>OHM APK LLC,<br><br><br>        Defendant. | Case No. 1:24-cv-01359<br><br>Hon. M. Kendra Klump |

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT NUMBER 11 UNDER SEAL

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of Indiana, Plaintiff Jane Doe, by counsel, hereby respectfully requests that this Court maintain under seal her Notice of Intention to Seek Leave to Proceed Under Pseudonym [Dkt. 11]. The Motion represents that the document in question contains personal identifiable information specific to the Plaintiff and due to the sensitive nature of her claim, public identification will place her at risk of suffering further significant emotional and mental injury.

WHEREFORE, Plaintiff, by counsel, respectfully requests that the Court maintain her Notice of Intention to Seek Leave to Proceed Under Pseudonym [Dkt. 11] under seal.

Dated: August 26, 2024      Respectfully submitted,

                                       COHEN & MALAD, LLP

                                       */s/ Gregory L. Laker*
                                       Gregory L. Laker, Atty No. 10322-49
                                       One Indiana Square, Suite 1400
                                       Indianapolis, IN 46204
                                       T: (317) 636-6481/F: (317) 636-2593
                                       glaker@cohenandmalad.com
                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all *registered* parties.

*/s/ Gregory L. Laker*