UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE., an individual,<br><br>    Plaintiff,<br><br>-against-<br><br>OHM APK LLC<br><br><br>    Defendant | Case No. 1:24-cv-01359<br><br><br>Hon. M. Kendra Klump |

### PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, by and through her attorneys, is contemporaneously filing her Complaint and Notice of Intention to Seek Leave to Proceed under Pseudonym, and she respectfully requests that this Court permit her to proceed under the pseudonym "Jane Doe" in her action. In support of her Motion to Proceed Under Pseudonym, Plaintiff states:

1. The Plaintiff's cause of action involves in her being sex trafficked at the Motor 8 Inn, located at 3731 Shadeland Ave, Indianapolis, IN 46226, which was owned and operated by the Defendant, OHM APK LLC.

2. Although the Seventh Circuit has not articulated a standard for courts to utilize in analyzing whether a plaintiff may proceed under pseudonym, it does recognize that pseudonyms may be used to protect rape victims and vulnerable parties and witnesses. *Doe v. Blue Cross & Blue Shield United*, 112 F.3d 869, 872 (7th Cir. 1997).

3. This Court utilizes a multi-factored test to determine whether a plaintiff's interest in privacy outweighs the presumption of openness in judicial proceedings. *See Doe v. Trs. of Ind. Univ.*, 577 F. Supp. 3d 896, 902 (S.D. Ind. 2022).

1

4.      The relevant factors weigh heavily in favor of permitting Plaintiff to proceed under pseudonym because her claims involve matters of the utmost intimacy, public identification will place her at risk of suffering further significant emotional and mental injury, and there is a strong public interest in maintaining the anonymity of individuals who are victims of sexual assault, abuse, and sex trafficking.

5.      Plaintiff files a Brief in Support of her Motion to Proceed Under Pseudonym, and hereby incorporates that Brief as though fully set forth herein.

WHEREFORE, Plaintiff requests that this Honorable Court enter the attached Proposed Order permitting her to proceed by the pseudonym "Jane Doe" and barring the parties from publicly filing information containing Plaintiff's unredacted name or personally identifiable information.

Date: August 26, 2024                Respectfully submitted,

COHEN & MALAD, LLP

*/s/ Gregory L. Laker*
Gregory L. Laker #10322-49
One Indiana Square, Ste. 1400
Indianapolis, IN 46204
T: (317) 636-6481
F: (317) 636-2593
glaker@cohenandmalad.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all *registered* parties.

*/s/ Gregory L. Laker*
