**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE., an individual,<br><br>　　　　Plaintiff,<br><br>-against-<br><br>OHM APK LLC<br><br>　　　　Defendant | Case No. 1:24-cv-01359<br><br>Hon. M. Kendra Klump |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO MAINTAIN DOCUMENT NUMBER 11 UNDER SEAL**

This matter comes before the Court on Plaintiff's Motion to Maintain Document Number 11 Under Seal, Dkt. [15].

The Court, having considered said Motion and being duly advised in the premises, now finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Notice of Intention to Seek Leave to Proceed Under Pseudonym, (Dkt. 11), shall remain under seal pending further order of the Court.

So **ORDERED**.

Date: 9/18/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF