UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01359-RLY-MKK |
| | ) |
| OHM APK LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on Plaintiff's Motion to Proceed under Pseudonym, Dkt. [16]. As the Court has previously stated, Local Rule 10-1 guides a party's request to proceed under a pseudonym. Because nothing has been filed since the Court's January 23, 2025, Entry, the Court considers the motion to be unopposed. After reviewing Plaintiff's brief in support of the motion, (Dkt. 17), which contains references to claims that have no relation to this case, the Court **DENIES** the motion.

Plaintiff is reminded to consult Local Rule 10-1 regarding the process for filing under a pseudonym, especially if she has any intention of requesting an opportunity to refile a motion.

SO ORDERED.

Date: 02/03/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF.