UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01359-RLY-MKK |
| | ) | |
| OHM APK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court, in preparation for the pseudonymity hearing, (Dkt. 40), provides the following guidance. The Court may alter these procedures, *sua sponte*, as appropriate.

The Court has allotted two hours for the hearing, to begin at **12:30 p.m. (Eastern) on June 25, 2025**, in Room 243, 46 East Ohio Street, Indianapolis, Indiana.

The parties are **directed** to file witness lists with summaries of anticipated testimony for each witness no later than **June 11, 2025**. The parties are **directed** to designate each witness separately. Duplicative testimony should be avoided, particularly given the time constraints.

The parties are **directed** to consult with one another regarding stipulations concerning exhibit admissibility and authenticity by **June 11, 2025**. Following the consult, parties shall file stipulations reached on those matters no later than **June 18, 2025**.

The parties shall adhere to the following directions concerning exhibits:

a) Exhibits should be marked for identification before the hearing and a descriptive list provided to the Court and the Court Reporter.

b) Unless the introduction of exhibits is governed by stipulations, Counsel should move for the admission of stipulated exhibits at the beginning of the hearing. If neither of these procedures is used, exhibits should be offered in evidence when they become admissible, rather than at the end of a witness' testimony or the party's presentation of evidence.

c) Each Counsel shall keep a list of admitted exhibits.

d) If an exhibit must be marked for identification in open court, Counsel should state for the record what they are doing and briefly describe the nature of the exhibit. Counsel should not expect the Court to provide exhibit labels.

e) When Counsel or witnesses refer to an exhibit, mention should also be made of the exhibit number so that the record will be clear.

f) Where diagrams, pictures, or similar materials are being used as exhibits, and locations or features on such documents are being pointed out by witnesses or Counsel, such locations should be indicated by appropriate markings on the documents if they are not readily apparent from the exhibits themselves. Unnecessary markings should be avoided. Marking on exhibits should be made only after considering the views of opposing Counsel and only after receiving the Court's

permission. Counsel should then describe the markings for the record. Exhibits with overlays or with moveable parts have been very useful.

g) Parties shall bring a hard copy of exhibits for (1) the Court and (2) opposing counsel on the date of the hearing.

Parties and witnesses shall refer to Plaintiff using her pseudonym during all argument and testimony. Counsel should advise their witnesses of such in advance of the hearing.

So **ORDERED**.

Date: 5/6/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF