UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01359-RLY-MKK |
| ) | |
| OHM APK LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Plaintiff's Motion Seeking (1) to Allow Plaintiff to Appear for the June 25, 2025 In Person Hearing Remotely Due to Her Recent Car Accident Injuries or (2) to Continue to a Later Date to Allow for Adequate Recovery of Said Injuries by Plaintiff, Dkt. [50]. The Court acknowledges receipt of the Motion and hereby **ORDERS** Plaintiff to file a supplement indicating to when she seeks to continue the hearing **no later than June 23, 2025, at 5:00 p.m. (Eastern)**.

Defendant shall file its position on (1) Plaintiff's request to appear remotely for the June 25, 2025, hearing and (2) Plaintiff's alternative request to continue the hearing **no later than June 24, 2025, at 12:00 p.m. (Eastern)**.

So **ORDERED**.

Date: 06/23/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via CM/ECF