# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OHM APK LLC<br><br><br>　　　　Defendant | CIVIL ACTION NO: 1:24-cv-01359-RLY-MKK<br><br><br>**Hon. M Kendra Klump** |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Vacate the Pseudonymity Hearing, Dkt. [57]. The Court, having considered the matter and being duly advised in the premises, hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the Pseudonymity Hearing set for October 1, 2025, is **VACATED**.

So **ORDERED**.

Date: 9/25/2025

_M. Kendra Klump_
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF